IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JAMES ALBERT DIXON, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:11-CV-443 (MTT) |
| MICHAEL J. ASTRUE, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Recommendation (Doc. 14) of United States Magistrate Judge Charles H. Weigle.  The Plaintiff seeks review, pursuant to 42 U.S.C. § 405(g) and 42 U.S.C. § 1383(c), of Social Security Commissioner Astrue's denial of his application for Social Security disability benefits.  The Magistrate Judge, upon reviewing the case pursuant to 28 U.S.C. § 636 and 42 U.S.C. § 405(g), recommends affirming the Commissioner's decision because the denial of benefits was supported by substantial evidence.  The Plaintiff did not object to the Recommendation.

The Court has reviewed the record and the Recommendation.  The Recommendation is hereby adopted and made the Order of this Court.  The Commissioner's decision is **AFFIRMED**.

**SO ORDERED**, this 18th day of March, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT